UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | Crim. No. 26-cr-______ |
| **JAMES BRIEN COMEY JR.**, | : | UNDER SEAL |
| | : | |
| Defendant. | : | |

**<u>GOVERNMENT'S MOTION TO SEAL THE CRIMINAL INFORMATION AND OTHER DOCUMENTS AND TO DELAY ENTRY ON THE PUBLIC DOCKET OF THE FILING OF THIS MOTION TO SEAL</u>**

The United States, through undersigned counsel, respectfully moves to seal the Information and to delay the public docketing of both the Information and this motion. In support, the Government states the following:

Unindicted and unnamed co-conspirators appear in the forthcoming Information. Individuals engaged in criminal activity routinely monitor public dockets to see whether sealed filings have been made in matters involving former associates. Public notice that sealed pleadings exist would risk compromising ongoing criminal and grand-jury investigations and could endanger cooperating witnesses.

These circumstances create an extraordinary situation and a compelling governmental interest warranting not only the sealing of the Information and all related pleadings, records, and files, but also a temporary delay in the public docketing of those sealed materials. The Government proposes that they remain under seal and off the public docket until (1) the safety risk to

cooperating individuals has abated, (2) public docketing no longer threatens the ongoing criminal investigation, *Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991), (3) the defendant has been arrested, or (4) until further order of the Court. The United States Attorney's Office and any government authority may obtain copies of the Information and other sealed documents for law enforcement purposes.

The Government requests one narrow exception: permission to disclose the Information to the named defendant and his counsel out of fundamental fairness in order to ensure they receive timely notice of the pending charges. Counsel may discuss the Information with the defendant; however, it may not be disclosed, distributed, referenced, or discussed in any forum without prior leave of the Court.

Should the Court require additional detail, the undersigned are prepared to provide further information in camera.

Thank you for the Court's attention to this matter.

Respectfully submitted,

Dated: October 5, 2026

R. TRENT MCCOTTER
Acting Deputy Attorney General

AAKASH SINGH
Associate Deputy Attorney General

By: s/ Patrick R. Hopple
Patrick R. Hopple
Special Assistant United Attorney
for the District of Columbia

s/ Dustin Farahnak
Dustin Farahnak
Special Assistant United Attorney
for the District of Columbia

s/ Justin Meckler Silverberg
Justin Meckler Silverberg
Special Assistant United Attorney
for the District of Columbia

United States Attorney's Office
601 D Street, NW
Washington, DC 20579
703-362-5455
Patrick.Hopple@usdoj.gov
dustin.farahnak@usdoj.gov
justin.silverberg@usdoj.gov