UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :

v. : Crim. No. 26-cr-00229

**JAMES BRIEN COMEY JR.**, : **UNDER SEAL**

:

Defendant. :

**SEALING ORDER**

Based on the representations in the Government's motion to seal the Information and related filings, the Court finds that a compelling governmental interest and extraordinary circumstances justify sealing the Information and delaying public docketing.

Based on the above, this day of October 5, 2026,

It is hereby **ORDERED** that the Information, this motion, and all related pleadings, records, and files shall be filed under seal until further order of the Court;

It is further **ORDERED** that the Clerk shall not make any entry on the public docket regarding the filing of these sealed materials until further order of the Court;

It is further **ORDERED** that the Government may obtain copies of the Information and other sealed documents as necessary for law-enforcement purposes;

It is further **ORDERED** that the Government is authorized to disclose the Information to the named defendant and to the defendant's counsel solely for the purpose of providing timely notice of the pending charges. Counsel may discuss the Information with the defendant; however, absent prior authorization from the Court, the Information shall not be disclosed, distributed, referenced, or discussed in any forum;

It is further **ORDERED** that the Government notify the Court as soon as the need for sealing no longer exists.

TREVOR N. McFADDEN, U.S.D.J.