**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:26-CR-00229-TNM** |
| | ) | |
| **James Brien Comey, Jr.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF ATTORNEY APPEARANCE**

PLEASE NOTE the appearance of attorney Michael R. Dreeben for the defendant, James B. Comey, Jr. in the above matter.

Respectfully submitted,
JAMES B. COMEY, JR.
By Counsel

_/s/ *Michael Dreeben*_______

Michael R. Dreeben
DC Bar No. 370576
600 New Jersey Ave. NW
Washington, DC 20001
(202) 695-2562
mrd28@georgetown.edu