# EXHIBIT 1

**From:** Silverberg, Justin (USAFLS) <Justin.Silverberg@usdoj.gov>
**Sent:** Tuesday, October 6, 2026 6:11 PM
**To:** Patrick Fitzgerald
**Cc:** Hopple, Patrick (USAVAE); Farahnak, Dustin (USATXE)
**Subject:** Re: [EXTERNAL] Re: [Not Virus Scanned] Providing Notice of District of Columbia Filing

Pat,

I just stepped out of a SCIF with the Team. While I cannot comment on any future actions the United States may take with respect to your client, I can reaffirm—as I did last night—that your client is not at risk of being arrested at this time.

Thank you,
Justin

Justin Meckler Silverberg
*Special Attorney to the United States Attorney General*
justin.silverberg@usdoj.gov | 786-266-[redacted]

---

**From:** Patrick Fitzgerald <patrickjfitzgeraldlawoffice@gmail.com>
**Sent:** Tuesday, 06 October 2026 16:21:05
**To:** Silverberg, Justin (USAFLS) <Justin.Silverberg@usdoj.gov>
**Cc:** Hopple, Patrick (USAVAE) <Patrick.Hopple@usdoj.gov>; Farahnak, Dustin (USATXE) <Dustin.Farahnak@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: [Not Virus Scanned] Providing Notice of District of Columbia Filing

Folks:

Can someone please respond to my email of last night or call me at (312) 758-4454? You invited a call in your email and I sent an email last night and I left two voicemails today. I would just like the courtesy of knowing where we stand.

Thank you.

Pat Fitzgerald

On Mon, Oct 5, 2026 at 10:15 PM Silverberg, Justin (USAFLS) <Justin.Silverberg@usdoj.gov> wrote:

> Pat,
>
> Thank you for confirming receipt. We are confirming that the United States is not seeking your client's arrest or appearance at this time.
>
> Please feel free to reach out if you have any questions or need to discuss anything further.
>
> Justin

Justin Meckler Silverberg
*Special Attorney to the United States Attorney General*
justin.silverberg@usdoj.gov | 786-266-[redacted]

---

**From:** Patrick Fitzgerald <patrickjfitzgeraldlawoffice@gmail.com>
**Sent:** Monday, 05 October 2026 21:53:39
**To:** Hopple, Patrick (USAVAE) <Patrick.Hopple@usdoj.gov>
**Cc:** Silverberg, Justin (USAFLS) <Justin.Silverberg@usdoj.gov>; Farahnak, Dustin (USATXE) <Dustin.Farahnak@usdoj.gov>
**Subject:** [EXTERNAL] Re: [Not Virus Scanned] Providing Notice of District of Columbia Filing

Mr. Hopple:

I acknowledge receipt of the sealed Information and Judge McFadden's sealing order. (For the record, I note that neither Mr. Comey nor his counsel have waived the requirement of an Indictment.)
I did not see either a summons or an arrest warrant or any indication of a court date in the materials you sent, though I do note that the materials indicate a bond will be sought. I would like to assume that there will be no attempt to arrest Mr. Comey. I can assure you that Mr. Comey will timely appear at whatever date Judge McFadden sets. Can you please confirm to me that there will be no attempt to arrest Mr. Comey?

Regards,

Pat Fitzgerald

On Mon, Oct 5, 2026 at 9:24 PM Hopple, Patrick (USAVAE) <Patrick.Hopple@usdoj.gov> wrote:

> This message has not been virus scanned because it contains encrypted or otherwise protected data. Please ensure you know who the message is coming from and that it is virus scanned by your desktop antivirus software.
> Mr. Fitzgerald,
>
> Please accept this email and its attachment as notice to you and your client, Mr. James Comey, that a Criminal Information has been instituted by filing in the District of Columbia today, in *United States v. James Brien Comey, Jr.* The attached Information is under seal, and we have included the accompanying sealing Order. The password is: [redacted]
>
> Under the Order entered by Judge McFadden, we are permitted to share the Information with you and Mr. Comey solely to provide timely notice. As the Court directed: "Counsel may discuss the Information with the defendant; however, absent prior authorization from the Court, the Information shall not be disclosed, distributed, referenced, or discussed in any forum." *See* Order page #1.
>
> For your awareness, the charges are:
>
> Count 1: 18 U.S.C. § 793(d) – Transmission of National Defense Information
> Count 2: 18 U.S.C. § 793(g) – Conspiracy to Transmit National Defense Information

Please confirm receipt.

We thank you for your time, and please contact us if you or your client have any questions we may be able to address.

Best,

Patrick R. Hopple

Special Assistant United States Attorney

**From:** Patrick Fitzgerald <patrickjfitzgeraldlawoffice@gmail.com>
**Sent:** Monday, October 5, 2026 10:46 PM
**To:** Silverberg, Justin (USAFLS)
**Cc:** Hopple, Patrick (USAVAE); Farahnak, Dustin (USATXE)
**Subject:** Re: [EXTERNAL] Re: [Not Virus Scanned] Providing Notice of District of Columbia Filing

Thank you Justin.

Just to be clear, can you assure me that you will not seek my client's arrest (as opposed to his surrender) on this charge? As counsel., I can assure you that I will promptly arrange for Mr. Comey's surrender when an appropriate date is set. There appears to be no valid reason for an arrest and I just wish to give my client that assurance.

Pat Fitzgerald

On Mon, Oct 5, 2026 at 10:15 PM Silverberg, Justin (USAFLS) <Justin.Silverberg@usdoj.gov> wrote:

Pat,

Thank you for confirming receipt. We are confirming that the United States is not seeking your client's arrest or appearance at this time.

Please feel free to reach out if you have any questions or need to discuss anything further.

Justin

Justin Meckler Silverberg
*Special Attorney to the United States Attorney General*
justin.silverberg@usdoj.gov | 786-266-[redacted]

---

**From:** Patrick Fitzgerald <patrickjfitzgeraldlawoffice@gmail.com>
**Sent:** Monday, 05 October 2026 21:53:39
**To:** Hopple, Patrick (USAVAE) <Patrick.Hopple@usdoj.gov>
**Cc:** Silverberg, Justin (USAFLS) <Justin.Silverberg@usdoj.gov>; Farahnak, Dustin (USATXE) <Dustin.Farahnak@usdoj.gov>
**Subject:** [EXTERNAL] Re: [Not Virus Scanned] Providing Notice of District of Columbia Filing

Mr. Hopple:

I acknowledge receipt of the sealed Information and Judge McFadden's sealing order. (For the record, I note that neither Mr. Comey nor his counsel have waived the requirement of an Indictment.)
I did not see either a summons or an arrest warrant or any indication of a court date in the materials you sent, though I do note that the materials indicate a bond will be sought. I would like to assume

that there will be no attempt to arrest Mr. Comey. I can assure you that Mr. Comey will timely appear at whatever date Judge McFadden sets. Can you please confirm to me that there will be no attempt to arrest Mr. Comey?

Regards,

Pat Fitzgerald

On Mon, Oct 5, 2026 at 9:24 PM Hopple, Patrick (USAVAE) <Patrick.Hopple@usdoj.gov> wrote:

This message has not been virus scanned because it contains encrypted or otherwise protected data. Please ensure you know who the message is coming from and that it is virus scanned by your desktop antivirus software.

Mr. Fitzgerald,

Please accept this email and its attachment as notice to you and your client, Mr. James Comey, that a Criminal Information has been instituted by filing in the District of Columbia today, in *United States v. James Brien Comey, Jr.* The attached Information is under seal, and we have included the accompanying sealing Order. The password is: [redacted]

Under the Order entered by Judge McFadden, we are permitted to share the Information with you and Mr. Comey solely to provide timely notice. As the Court directed: "Counsel may discuss the Information with the defendant; however, absent prior authorization from the Court, the Information shall not be disclosed, distributed, referenced, or discussed in any forum." *See* Order page #1.

For your awareness, the charges are:

Count 1: 18 U.S.C. § 793(d) – Transmission of National Defense Information
Count 2: 18 U.S.C. § 793(g) – Conspiracy to Transmit National Defense Information

Please confirm receipt.

We thank you for your time, and please contact us if you or your client have any questions we may be able to address.

Best,

Patrick R. Hopple

Special Assistant United States Attorney